**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7021

WAYNE RESPER,

Plaintiff - Appellant,

v.

YESCARE CORP., fka Corizon Health, Inc.; HOLLY HOOVER, NP; SUSAN PRYOR; JANICE ROBINSON, R.N.; BRITTANY HAMLETT; AMY BERKEBILE, RN; WILLIAM "BO" RAYNOR, RN; WILLIAM "BILL" BEEMAN, RN,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:22-cv-00378-SAG)

Submitted:  April 20, 2023                    Decided:  April 24, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wayne Resper, Appellant Pro Se. Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper initially filed a complaint in state court. Defendants removed the case to federal court based upon the federal questions raised. Resper now appeals the district court's order dismissing his federal claims and remanding his state claims to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Resper v. YesCare Corp.*, No. 1:22-cv-00378-SAG (D. Md. filed Aug. 16, 2022 & entered Aug. 18, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*